FILED
AUG - 6 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09-CR-2399-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER & JUDGMENT OF DISMISSSAL |
| v. | ) | |
| JOSE MARTINEZ-ABUNDIO, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the complaint and the information against Defendant Jose Martinez-Abundio be dismissed without prejudice.

IT IS FURTHER ORDERED that the date of August 19, 2009 is vacated.

DATED: August 6, 2009

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE